UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 12, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
CHRISTIAN GODINEZ,
Defendant.

Case No. 2:26-cr-00173-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTIAN GODINEZ, Case No. 2:26-cr-00173-DJC, Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

X Unsecured Appearance Bond $ 50,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 12, 2026 at 3:00 PM.

By: [signature]

Magistrate Judge Allison Claire